UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Frederick Eichhorn
Case No. 12-13476-BAH
Chapter 13
Debtor

**FILED**
2018 MAY -2 AM 10: 28
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

   Check #216750
   Issued on: 12/20/2017
   Issued to: Frederick Eichhorn
   108 Oakcrest Lane
   Gilmanton, NH 03237
   In the amount of $915.73

3. That the original, now cancelled check was sent to the debtor via his attorney, Kevin Chisholm at 195 Elm Street, Manchester, NH 03101 with a copy of the correspondence being sent contemporaneously to the debtor at the address listed above.

4. That attached is my replacement check number 219593 in the amount of $915.73, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: April 30, 2018

Lawrence P. Sumski,
Chapter 13 Trustee
1000 Elm Street
Suite 1002
Manchester, NH 03101
(603) 626-8899
ID# BNH01460

CC: Michelle

On this the 30th day of April, 2018 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

/s/ Karen A. Clemens
Notary Public

CERTIFICATE OF SERVICE

I hereby certify that on this, the 30th day of April, 2018, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Frederick Eichhorn at 108 Oakcrest Lane, Gilmanton, NH 03237, Debtor's Attorney, and the Office of the U.S. Trustee.

Dated: April 30, 2018          /s/ Lawrence P. Sumski
                               Lawrence P. Sumski